IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| ANTHONY S. BUDA, individually, BANYAN MEDICAL SYSTEMS, LLC, a Nebraska limited liability company, BANYAN HOLDCO I, INC., a Nebraska corporation, BANYAN HOLDCO II, INC., a Nebraska corporation, BANYAN MEDICAL SERVICES, INC., a Nebraska corporation, BANYAN MEDICAL SOLUTIONS, LLC, a Nebraska limited liability company, BANYAN CAPITAL I, LLC, a Nebraska limited liability company, BANYAN CAPITAL II, LLC, a Nebraska limited liability company, SYNCONIUM, LLC, a Delaware limited liability company, BANYAN PLACEHOLDER, INC., f/k/a BANYAN MEDICAL SOLUTIONS, INC., a Nebraska Corporation, and BMS AVIATION, LLC, a Delaware Corporation<br><br>          Plaintiffs,<br><br>vs.<br><br>RYAN SCOTT, individually, RES VENTURES, SEZC, an entity organized under the laws of the Cayman Islands, OCT VENTURES, LLC, d/b/a/ ELEVATE HOLDINGS, a Nebraska limited liability company, RMR CAPITAL ADVISORS, LLC, a Nebraska limited liability company, QV FUND I, LLC, a Nebraska limited liability company, ELEVATE RECOVERY AND MED SPA, LLC, a Nebraska limited liability company, ELEVATE STRETCH AND CYRO, LLC, a Nebraska limited liability company, JIGSAW CAPITAL, LLC, a | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:26–CV–99<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 9(b) AND FED. R. CIV. P. 12(b)(6)** |

1

Nebraska limited liability company,                    )
JIGSAW RED HOLDINGS, LLC, a                             )
Nebraska limited liability company,                    )
JRNR LLC, a Nebraska limited                           )
liability company, GREENTOPS, LLC,                     )
a Missouri limited liability company,                  )
GREENSTONE INVESTMENTS, LLC,                            )
a Nebraska limited liability company,                  )
INLINE CAPITAL PARTNERS, LLC,                          )
a Nebraska limited liability company,                  )
SFFS MASTER HOLDINGS, LLC, a                            )
Nebraska limited  liability company,                   )
MVPA, LLC, a Nebraska  limited                         )
liability company, MED VENTURES,                       )
LLC, a Nebraska limited liability                      )
company, IA NE CONCRETE PULL N                         )
POUR LLC, a Nebraska limited                           )
liability company, CATALYSTWAVE                        )
CAPITAL PARTNERS, LLC, a                                )
Nebraska limited liability company,                    )
CATALYST GROWTH PARTNERS,                               )
LLC, a Nebraska limited liability                      )
company, PRIMEPATH TRUCKING                            )
AND LOGISTICS, LLC, a Nebraska                          )
limited liability company,                             )
QUANTUM VENTURES, LLC, a                                )
Nebraska  limited liability company,                   )
BANYAN CAPITAL I, LLC, a                                )
Nebraska limited liability company,                    )
PRIVADO, LLC, a Nebraska limited                        )
liability company, ALPINE DRONES                        )
MEDIA, LLC, an Idaho limited                            )
liability company,                                     )
                                                       )
and,                                                   )
PRESENTLY UNKNOWN                                       )
JANE/JOHN DOES 1-25                                     )
                                                       )
        Defendants.                                )

2

COMES NOW the Defendant, Ryan Scott, by and through undersigned counsel, and hereby moves to dismiss Plaintiffs' Complaint, Filing No. 1, because both Racketeer-Influence and Corrupt Organizations Act (RICO) claims that have been brought fail to plausibly plead cognizable causes of action—especially under the heightened pleading standard required for such claims by Rule 9(b) of the Federal Rules of Civil Procedure. Dismissal is therefore proper under Rule 12(b)(6) of the Federal Rules of Civil Procedure. A brief in support of this Motion has been filed contemporaneously therewith.

WHEREFORE, Plaintiff requests that the Court dismiss Plaintiffs' Complaint, Filing No. 1, terminate this case, and order any and all other relief as justice may require.

Dated this 20th day of April, 2026.

RYAN SCOTT,
Defendant,

*/s/ Ryan S. Crnkovich*
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz,
Dahlquist & Klein PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I caused the foregoing document to be filed with the Clerk of the District Court using the CM/ECF system upon all counsel of record.


*/s/ Ryan S. Crnkovich*
Ryan S. Crnkovich., NE Bar #25741