IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY S. BUDA, individually;  BANYAN
MEDICAL SYSTEMS, LLC, a Nebraska
limited liability company;  BANYAN HOLDCO
I, INC., a Nebraska corporation;  BANYAN
HOLDCO II, INC., a Nebraska corporation;
BANYAN MEDICAL SERVICES, INC., a
Nebraska corporation;  BANYAN MEDICAL
SOLUTIONS, LLC, a Nebraska limited liability
company;  BANYAN CAPITAL I, LLC, a
Nebraska limited liability company;  BANYAN
CAPITAL II, LLC, a Nebraska limited liability
company;  SYNCONIUM, LLC, a Delaware
limited liability company;  BANYAN
PLACEHOLDER, INC., a Nebraska
Corporation; and  BMS AVIATION, LLC, a
Delaware Corporation;

        Plaintiffs,

   vs.


RYAN SCOTT, individually;  RES VENTURES,
SEZC, an entity organized under the laws of the
Cayman Islands;  OCT VENTURES, LLC, a
Nebraska limited liability company;  RMR
CAPITAL ADVISORS, LLC, a Nebraska
limited liability company;  QV FUND I, LLC, a
Nebraska limited liability company;  ELEVATE
RECOVERY AND MED SPA, LLC,  ELEVATE
STRETCH AND CYRO, LLC, a Nebraska
limited liability company;  JIGSAW CAPITAL,
LLC, a Nebraska limited liability company;
JIGSAW RED HOLDINGS, LLC, a Nebraska
limited liability company;  JRNR LLC, a
Nebraska limited liability company;
GREENTOPS, LLC, a Missouri limited liability
company;  GREENSTONE INVESTMENTS,
LLC, a Nebraska limited liability company;
INLINE CAPITAL PARTNERS, LLC, a
Nebraska limited liability company;  SFFS
MASTER HOLDINGS, LLC, a Nebraska
limited liability company;  MVPA, LLC, a

    **8:26CV99**


    **ORDER**

Nebraska limited liability company;  MED
VENTURES, LLC, a Nebraska limited liability
company;  IA NE CONCRETE PULL N POUR,
LLC, a Nebraska limited liability company;
CATALYSTWAVE CAPITAL PARTNERS,
LLC, a Nebraska limited liability company;
CATALYST GROWTH PARTNERS, LLC, a
Nebraska limited liability company;
PRIMEPATH TRUCKING AND LOGISTICS,
LLC, a Nebraska limited liability company;
QUANTUM VENTURES, LLC, a Nebraska
limited liability company;  BANYAN CAPITAL
I, LLC, a Nebraska limited liability company;
PRIVADO, LLC, a Nebraska limited liability
company;  ALPINE DRONES MEDIA, LLC, an
Idaho limited liability company; and
PRESENTLY UNKNOWN JANE/JOHN DOES
1-25,

          Defendants.

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a),

which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding

in which his impartiality might reasonably be questioned."  Upon review of the parties and the

record in the above-designated case, the undersigned judge shall, and hereby does, recuse

himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO, ORDERED.

    Dated this 21st day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge