IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY S. BUDA, individually;  BANYAN
MEDICAL SYSTEMS, LLC, a Nebraska
limited liability company;  BANYAN
HOLDCO I, INC., a Nebraska corporation;
BANYAN HOLDCO II, INC., a Nebraska
corporation;  BANYAN MEDICAL
SERVICES, INC., a Nebraska corporation;
BANYAN MEDICAL SOLUTIONS, LLC, a
Nebraska limited liability company;
BANYAN CAPITAL I, LLC, a Nebraska
limited liability company;  BANYAN
CAPITAL II, LLC, a Nebraska limited liability
company;  SYNCONIUM, LLC, a Delaware
limited liability company;  BANYAN
PLACEHOLDER, INC., a Nebraska
Corporation; and  BMS AVIATION, LLC, a
Delaware Corporation;

            Plaintiffs,

     vs.

RYAN SCOTT, individually;  RES
VENTURES, SEZC, an entity organized
under the laws of the Cayman Islands;  OCT
VENTURES, LLC, a Nebraska limited
liability company;  RMR CAPITAL
ADVISORS, LLC, a Nebraska limited liability
company;  QV FUND I, LLC, a Nebraska
limited liability company;  ELEVATE
RECOVERY AND MED SPA, LLC,
ELEVATE STRETCH AND CYRO, LLC, a
Nebraska limited liability company;
JIGSAW CAPITAL, LLC, a Nebraska limited
liability company;  JIGSAW RED
HOLDINGS, LLC, a Nebraska limited
liability company;  JRNR LLC, a Nebraska
limited liability company;  GREENTOPS,
LLC, a Missouri limited liability company;
GREENSTONE INVESTMENTS, LLC, a
Nebraska limited liability company;  INLINE
CAPITAL PARTNERS, LLC, a Nebraska
limited liability company;  SFFS MASTER

8:26CV99


ORDER OF DISMISSAL OF PARTY

1

HOLDINGS, LLC, a Nebraska limited liability company;  MVPA, LLC, a Nebraska limited liability company;  MED VENTURES, LLC, a Nebraska limited liability company; IA NE CONCRETE PULL N POUR, LLC, a Nebraska limited liability company; CATALYSTWAVE CAPITAL PARTNERS, LLC, a Nebraska limited liability company; CATALYST GROWTH PARTNERS, LLC, a Nebraska limited liability company; PRIMEPATH TRUCKING AND LOGISTICS, LLC, a Nebraska limited liability company; QUANTUM VENTURES, LLC, a Nebraska limited liability company;  BANYAN CAPITAL I, LLC, a Nebraska limited liability company;  PRIVADO, LLC, a Nebraska limited liability company; ALPINE DRONES MEDIA, LLC, an Idaho limited liability company; and  PRESENTLY UNKNOWN JANE/JOHN DOES 1-25,

Defendants.

This matter comes before the Court on the plaintiffs' Voluntary Dismissal without Prejudice of Defendant Banyan Capital I, LLC (Filing No. 29).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Banyan Capital I, LLC be dismissed as a *defendant* without prejudice with each party to pay its own costs and attorney fees.  Banyan Capital I, LLC remains a plaintiff in this matter.

Dated this 27th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2