IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY S. BUDA, individually; BANYAN MEDICAL SYSTEMS, LLC, a Nebraska limited liability company; BANYAN HOLDCO I, INC., a Nebraska corporation; BANYAN HOLDCO II, INC., a Nebraska corporation; BANYAN MEDICAL SERVICES, INC., a Nebraska corporation; BANYAN MEDICAL SOLUTIONS, LLC, a Nebraska limited liability company; BANYAN CAPITAL I, LLC, a Nebraska limited liability company; BANYAN CAPITAL II, LLC, a Nebraska limited liability company; SYNCONIUM, LLC, a Delaware limited liability company; BANYAN PLACEHOLDER, INC., a Nebraska Corporation; and BMS AVIATION, LLC, a Delaware Corporation;

        Plaintiffs,

   vs.

RYAN SCOTT, individually; RES VENTURES, SEZC, an entity organized under the laws of the Cayman Islands; OCT VENTURES, LLC, a Nebraska limited liability company; RMR CAPITAL ADVISORS, LLC, a Nebraska limited liability company; QV FUND I, LLC, a Nebraska limited liability company; ELEVATE RECOVERY AND MED SPA, LLC, ELEVATE STRETCH AND CYRO, LLC, a Nebraska limited liability company; JIGSAW CAPITAL, LLC, a Nebraska limited liability company; JIGSAW RED HOLDINGS, LLC, a Nebraska limited liability company; JRNR LLC, a Nebraska limited liability company; GREENTOPS, LLC, a Missouri limited liability company; GREENSTONE INVESTMENTS, LLC, a Nebraska limited liability company; INLINE CAPITAL PARTNERS, LLC, a Nebraska limited liability company; SFFS MASTER HOLDINGS, LLC, a Nebraska limited

**8:26CV99**

**ORDER DISMISSING PARTY**

1

liability company; MVPA, LLC, a Nebraska limited liability company; MED VENTURES, LLC, a Nebraska limited liability company; IA NE CONCRETE PULL N POUR, LLC, a Nebraska limited liability company; CATALYSTWAVE CAPITAL PARTNERS, LLC, a Nebraska limited liability company; CATALYST GROWTH PARTNERS, LLC, a Nebraska limited liability company; PRIMEPATH TRUCKING AND LOGISTICS, LLC, a Nebraska limited liability company; QUANTUM VENTURES, LLC, a Nebraska limited liability company; PRIVADO, LLC, a Nebraska limited liability company; ALPINE DRONES MEDIA, LLC, an Idaho limited liability company; and PRESENTLY UNKNOWN JANE/JOHN DOES 1-25,

Defendants.

This matter comes before the Court on the plaintiffs' Voluntary Dismissal without Prejudice of Defendant Res Ventures, SEZC (Filing No. 84). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant Res Ventures, SEZC be dismissed without prejudice with each party to pay its own costs and attorney fees.

Dated this 27th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2