IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTHONY S. BUDA, individually,                    )
BANYAN MEDICAL SYSTEMS, LLC, a                    )
Nebraska limited liability company,              )        CASE NO. 8:26-cv-99
BANYAN HOLDCO I, INC., a Nebraska                )
corporation, BANYAN HOLDCO II, INC.,             )
a Nebraska corporation, BANYAN                    )
MEDICAL SERVICES, INC., a Nebraska               )
corporation, BANYAN MEDICAL                       )
SOLUTIONS, LLC, a Nebraska limited               )
liability company, BANYAN CAPITAL I,             )
LLC, a Nebraska limited liability company,       )
BANYAN CAPITAL II, LLC, a Nebraska               )
limited liability company, SYNCONIUM,            )
LLC, a Delaware limited liability company,       )
BANYAN PLACEHOLDER, INC., f/k/a                  )
BANYAN MEDICAL SOLUTIONS,                         )
INC., a Nebraska Corporation, and BMS            )
AVIATION, LLC, a Delaware Corporation            )
                                                  )
        Plaintiffs,                               )
                                                  )   **PLAINTIFFS' RESPONSE IN**
        vs.                                        )   **OPPOSITION TO DEFENDANTS'**
                                                  )   **MOTION TO DISMISS**
RYAN SCOTT, individually,                         )
OCT VENTURES, LLC, d/b/a/ ELEVATE                )
HOLDINGS, a Nebraska limited liability           )
company, RMR CAPITAL ADVISORS,                   )
LLC, a Nebraska limited liability company,       )
QV FUND I, LLC, a Nebraska limited               )
liability company, ELEVATE RECOVERY             )
AND MED SPA, LLC, a Nebraska limited             )
liability company, ELEVATE STRETCH              )
AND CYRO, LLC, a Nebraska limited                )
liability company, JIGSAW CAPITAL,               )
LLC, a Nebraska limited liability company,       )
JIGSAW RED HOLDINGS, LLC, a                       )
Nebraska limited liability company, JRNR         )
LLC, a Nebraska limited liability company,       )
GREENTOPS, LLC, a Missouri limited               )
liability company, GREENSTONE                     )
INVESTMENTS, LLC, a Nebraska limited             )
liability company, INLINE CAPITAL                 )

1

PARTNERS, LLC, a Nebraska limited )
liability company, SFFS MASTER )
HOLDINGS, LLC, a Nebraska limited )
liability company, MVPA, LLC, a Nebraska )
limited liability company, MED )
VENTURES, LLC, a Nebraska limited )
liability company, IA NE CONCRETE )
PULL N POUR LLC, a Nebraska limited )
liability company, CATALYSTWAVE )
CAPITAL PARTNERS, LLC, a Nebraska )
limited liability company, CATALYST )
GROWTH PARTNERS, LLC, a Nebraska )
limited liability company, PRIMEPATH )
TRUCKING AND LOGISTICS, LLC, a )
Nebraska limited liability company, )
QUANTUM VENTURES, LLC, a Nebraska )
limited liability company, PRIVADO, LLC, )
a Nebraska limited liability company, )
ALPINE DRONES MEDIA, LLC, an Idaho )
limited liability company, )
 )
and, )
 )
PRESENTLY UNKNOWN JANE/JOHN )
DOES 1-25 )
 )
        Defendants. )
 )
 )
 )
 )
 )
 )
 )

COME NOW the Plaintiffs, by and through their counsel of record, respectfully submit their Response in Opposition to the Motion to Dismiss filed by Defendants OCT Ventures, L.L.C., d/b/a Elevate Holdings, Elevate Recovery and Med Spa, L.L.C., Elevate Stretch and Cryo, L.L.C., Jigsaw Capital, L.L.C., Jigsaw Red Holdings, L.L.C., SFFS Master Holdings, L.L.C., MVPA, L.L.C., Med Ventures, L.L.C., Catalystwave Capital Partners, L.L.C., and Catalyst Growth Partners, L.L.C. ("Moving Defendants") (Dkt. #120).

2

1.    The Moving Defendants' Motion to Dismiss raises the same or substantially similar arguments that were submitted by Defendant Ryan Scott in support of his Motion to Dismiss. (*See* Dkt. #14, #15, #54).

2.    Plaintiffs submitted their Brief in Opposition to Defendant Ryan Scott's Motion to Dismiss on May 15, 2026. (Dkt. #49). The arguments set forth in that Brief are fully responsive to the arguments raised in the Moving Defendants' Motion to Dismiss.

3.    Accordingly, Plaintiffs adopt and incorporate by reference all of the arguments set forth in their May 15, 2026 Brief at Docket No. 49.

4.    For those reasons, Plaintiffs respectfully request that the Moving Defendants' Motion to Dismiss should be denied.

Dated this 28th day of July, 2026.

ANTHONY S. BUDA, individually, and BANYAN MEDICAL SYSTEMS, LLC, a Nebraska limited liability company, BANYAN HOLDCO I, INC., a Nebraska corporation, BANYAN HOLDCO II, INC., a Nebraska corporation, BANYAN MEDICAL SERVICES, INC., a Nebraska corporation, BANYAN MEDICAL SOLUTIONS, LLC, a Nebraska limited liability company, BANYAN CAPITAL I, LLC, a Nebraska limited liability company, BANYAN CAPITAL II, LLC, and a Nebraska limited liability company, SYNCONIUM, LLC, a Delaware limited liability company, BANYAN PLACEHOLDER, INC., f/k/a BANYAN MEDICAL SOLUTIONS, INC., a Nebraska Corporation, and BMS AVIATION, LLC, a Delaware Corporation,

Plaintiffs.

By:    _/s/ *Michael B. Duffy*_____
Michael B. Duffy, #27529
Eric. W. Wells, #23694
Heidi V. Mickelson #28223
FRASER STRYKER PC LLO
1501 Mike Fahey St., #400
Omaha, NE  68102-2663
(402) 341-6000

3

(402) 341-8290 (Facsimile)
mduffy@fraserstryker.com
ewells@fraserstryker.com
hmickelson@fraserstryker.com
ATTORNEYS FOR PLAINTIFFS

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing Plaintiff's Response in Opposition to Defendants' Motion to Dismiss was filed electronically on July 28, 2026, with the United States District Court for the District of Nebraska using the CM/ECF system, which will electronically provide notice of this filing to all counsel of record.

_/s/ Michael B. Duffy